1128

No. 10–382. UNITED STATES v. JICARILLA APACHE NATION. C. A. Fed. Cir. Certiorari granted. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 10–444. MISSOURI v. FRYE. Ct. App. Mo., Western Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "What remedy, if any, should be provided for ineffective assistance of counsel during plea bargain negotiations if the defendant was later convicted and sentenced pursuant to constitutionally adequate procedures?" ▮

No. 10–5258. McNEILL v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. ▮

JANUARY 10, 2011

No. 09–9487. JACKSON v. UNITED STATES. C. A. 11th Cir. Reported below: 355 Fed. Appx. 297; and

No. 10–5852. BELTRAN v. UNITED STATES. C. A. 11th Cir. Reported below: 367 Fed. Appx. 984. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Johnson* v. *United States*, 559 U. S. 133 (2010).

No. 10–5394. PAYNE v. UNITED STATES. C. A. 8th Cir.;

No. 10–5648. MANNING v. UNITED STATES. C. A. 8th Cir.; and

No. 10–5961. BENNETT v. UNITED STATES. C. A. 8th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Carr* v. *United States*, 560 U. S. 438 (2010).

No. 10–6945. MILLER v. CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.